**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JIMMY LEE WHEELER,**

   **Petitioner,**

**v.**        **Case No.  4:19cv411-MW/HTC**

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

   **Respondent.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 15.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "Petitioner's second Amended Petition, ECF No. 11, is **DISMISSED with prejudice** under Rule 4, Rules Governing § 2254 cases. A Certificate of Appealability is **DENIED**."  The Clerk shall also close the file.

**SO ORDERED on January 3, 2020.**

      **s/Mark E. Walker**
      **Chief United States District Judge**